IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:05-CR-106-D-1
No. 7:12-CV-240-D

CHARLES EDWARD PIERCE,           )
                                 )
                Petitioner,      )
                                 )            **ORDER**
        v.                       )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                Respondent.      )

    Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within forty days of the filing of this order.

    SO ORDERED. This **24** day of August 2012.

JAMES C. DEVER III
Chief United States District Judge