IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:05-CR-106-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES EDWARD PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

Charles Edward Piece seeks a sentence reduction through placement in a halfway-house [D.E. 77]. The United States shall file a response no later than May 22, 2017.

SO ORDERED. This **20** day of April 2017.

JAMES C. DEVER III
Chief United States District Judge