IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:05-CR-106-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES EDWARD PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

On August 18, 2016, Charles Edward Pierce filed a motion for halfway house placement [D.E. 77]. On May 31, 2017, the government responded in opposition [D.E. 80].

The Bureau of Prisons ("BOP") gets to decide whether Pierce will serve any of his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If Pierce is not satisfied with the BOP's decision, Pierce may seek judicial review. In sum, Pierce's motion for recommendation for halfway house placement [D.E. 77] is DENIED.

SO ORDERED. This 2 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge